FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAY -1 PM 4:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| YVONNE BAKER, | * | |
| Plaintiff, | * | |
| v. | * | CV 318-075 |
| PALISADES COLLECTION, LLC and COOLING & WINTER, LLC, | * | |
| Defendants. | * | |

## O R D E R

Before the Court is the parties' stipulation of dismissal, which is signed by all parties in the case. (Doc. No. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this ___1st___ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE